**Dismissal and Opinion Filed June 11, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01713-CV**

**IN THE INTEREST OF M.G.M. AND M.M., CHILDREN**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-06308**

**MEMORANDUM OPINION**

Before Justices O'Neill, Francis, and Fillmore

The Court has before it appellant Alan Dean Moore's May 31, 2013 unopposed motion to dismiss the appeal. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

121713F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.G.M. AND
M.M., CHILDREN

No. 05-12-01713-CV

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 05-06308.
Opinion delivered per curiam. Justices
O'Neill, Francis and Fillmore sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Martha Downing Justice-Moore recover her costs of this appeal from appellant Alan Dean Moore.

Judgment entered June 11, 2013

/Molly Francis/

MOLLY FRANCIS
JUSTICE